IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD MARCUS STAFFORD,** | : | |
| Petitioner, | : | |
| v. | : | **CIVIL ACTION** |
| **GERALD L. ROZUM, et al.,** | : | **NO. 09-2106** |
| Respondent. | : | |

## ORDER

**AND NOW**, this _____ day of September, 2009, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, Chief United States Magistrate Judge (Doc. 7), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED**; and

3. A certificate of appealability is not granted.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.